# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

DARIA EDEN                                          CASE NO. 6:25-CV-02095

VERSUS                                              JUDGE ROBERT R. SUMMERHAYS

KEVINS SEAFOOD LAFAYETTE LLC ET AL   MAGISTRATE JUDGE CAROL B. WHITEHURST

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Motion to Dismiss (Rec. Doc. 6) is GRANTED. Plaintiff's claims against Chun Geng Lin and her Title VII claim are dismissed with prejudice.

Signed at Lafayette, Louisiana, this 23rd day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE